# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREDERICK D. FOSTER**, *Plaintiff,* v. **JOEL H. SLOMSKY, et al.,** *Defendants.* | **Case No. 2:22-cv-03349-JDW** |

### ORDER

**AND NOW**, this 27th day of December, 2022, upon consideration of the Government Defendants' Motion To Dismiss (ECF No. 45), the Private Defendants' Motion To Dismiss (ECF No. 50), and Plaintiff Frederick Foster's Objection to Defendants' Motion to Dismiss (ECF No. 53), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motions are **GRANTED**. All claims are **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.